UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK CITY DIVISION

---------------------------------------------------------------x
In re                                              :
                                                   :    Case No. 20-22367(RDD)
DIANE M. TREGLIA,                                  :
                                                   :    CHAPTER 11
Debtor(s)                                          :
---------------------------------------------------------------x

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Heidi J. Sorvino, Esq.
7 Time Square, Suite 2900
New York, New York 10036.
Telephone No.(212) 613-4417. Fax (212)631-1249
Email: sorvinoh@whiteandwilliams.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

| | |
|---|---|
| Date:   March 11, 2020 | William K. Harrington |
| | United States Trustee for Region 2 |
| | U.S. Department of Justice |
| | Office of the United States Trustee |
| | 201 Varick Street, Room 1006 |
| | New York, New York 10014 |
| | |
| | By: **/s/ Linda A. Riffkin** |
| | Linda A. Riffkin |
| | Assistant United States Trustee |